UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

In re:  Bankr. Case No. 24-50440

Phase IVLogistics, LLC  Chapter 7

    Debtor(s)

## REQUEST FOR NOTICE

Pursuant to Rule 2002(g), Mercedes-Benz Financial Services USA LLC hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

> Mercedes-Benz Financial Services USA LLC
> c/o BK Servicing, LLC
> PO Box 131265
> Roseville, MN  55113-0011

BK Servicing, LLC

By /s/ Ed Gezel

> Ed Gezel, Agent
> BK Servicing, LLC
> PO Box 131265
> Roseville, MN  55113-0011
> 651-366-6390
> notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on February 8, 2024 :

Howard Jay Kent
The Kent Law Firm
Suite 600
3355 Lenox Road, NE
Atlanta, GA  30326

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA  30305

By /s/ Ed Gezel, Agent
Ed Gezel

521018